**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDDY GENOVEVO RUIZ ESPONDA,**<br>**Petitioner,**<br>**v.**<br>**DEPARTMENT OF HOMELAND SECURITY et al.,**<br>**Respondents.** | **NO. 5:26-cv-03390-DOC-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and relief is awarded as set forth in the Court's Order.

DATED: September 23, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE